**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JERMAINE ANDERSON | CIVIL ACTION NO. 24-cv-1514 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WAYNE SMITH ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 19th day of December, 2024.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE